**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GILLIE GARCIA,

Plaintiff,

v. No. 2:24-cv-0886 JHR/DLM

FUN EATS AND DRINKS, LLC,
CRAFT REPUBLIC BAR & GRILL,
MICHAEL R. KELLY, Individually and in his
Official Capacity, and DAVID E. BROUILLETTE,
Individually and in his Official Capacity,

Defendants.

**STIPULATION OF DISMISSAL OF**
**DEFENDANT MICHAEL R. KELLY WITHOUT PREJUDICE**

Plaintiff and Defendant Fun Eat and Drinks, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Defendant Michael R. Kelly in the above-captioned matter, without prejudice.

SUTTEN LAW GROUP, LLC

By *<u>/s/ Richard W. Sutten</u>*
Richard W. Sutten
8501 Candelaria Road NE, Suite F-1
Albuquerque, NM 87112
Telephone: (505) 990-7425
Facsimile: (505) 885-7425
Richard@suttenlaw.com
*Attorney for Plaintiff*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *<u>/s/ Juan M. Marquez</u>*
Charles J. Vigil
Juan M. Marquez
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
cvigil@rodey.com / jmarquez@rodey.com
*Attorneys for Defendant Fun Eats and Drinks, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of December, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served all parties or counsel of record via electronic mail.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *_/s/ Juan M. Marquez_*
Juan M. Marquez