**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GILLIE GARCIA,

Plaintiff,

v. Case No. 2:24-cv-886 MLG/DLM

FUN EATS AND DRINKS, LLC,
CRAFT REPUBLIC BAR & GRILL,
and DAVID E. BROUILLETTE,
Individually and in his Official Capacity,

Defendants.

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Stipulated Motion to Dismiss with Prejudice. Doc. 45. The Court, having considered the motion and being otherwise fully informed, finds that the motion is well taken and is therefore granted.

Plaintiff's complaint against Defendants is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a). The parties shall bear their own costs and attorney's fees.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *___/s/ Juan M. Marquez___________________*
Charles J. Vigil
Juan M. Marquez
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
cvigil@rodey.com
jmarquez@rodey.com
*Attorneys for Defendant Fun Eats and Drinks, LLC and David E. Brouillette*

APPROVED AS TO FORM BY:

SUTTEN LAW GROUP, LLC

By *Approved by Email on 11/20/2025*
Richard W. Sutten
8501 Candelaria Rd. NW, Suite F-1
Albuquerque, NM 87112
Telephone: (505) 990-7425
Facsimile: (877) 885-7425
richard@suttenlaw.com
*Attorney for Plaintiff*