**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GILLIE GARCIA,

Plaintiff,

v. Case No. 2:24-cv-886 MLG/DLM

FUN EATS AND DRINKS, LLC,
CRAFT REPUBLIC BAR & GRILL,
and DAVID E. BROUILLETTE,
Individually and in his Official Capacity,

Defendants.

# JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case. It is ordered that this civil action is dismissed with prejudice.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA